## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

## BEAUMONT DIVISION

| | | |
|---|---|---|
| **JESSE J. DAVID** | § | |
| | § | |
| **V.** | § | **NO. 1:04-CV-791** |
| | § | |
| **COMMISSIONER, SOCIAL** | § | |
| **SECURITY ADMINISTRATION** | § | |

## <u>FINAL JUDGMENT</u>

For reasons expressed in the accompanying memorandum order adopting the Report and Recommendation of the United States Magistrate Judge, it is

**ORDERED** that "Plaintiff's Motion to Dismiss" (Docket No. 12) is **GRANTED**.  It is further

**ORDERED**, **ADJUDGED** and **DECREED** that plaintiff's action against defendant is **DISMISSED**.  It is further

**ORDERED**, **ADJUDGED** and **DECREED** that each party is assessed his or her respective costs.

**SIGNED** this the **5**  day of **August, 2005.**

Thad Heartfield
United States District Judge